55 A.3d 1045

**Margaret HOWARD and Robert Howard, Co–Executors of the Estate of John C. Ravert, Deceased, Respondents**

v.

**A.W. CHESTERTON CO., Ace Hardware Corp., Monsey Products Co., Pecora Corp. and Union Carbide Corp.**

**Petition of Pecora Corp.**

Supreme Court of Pennsylvania.

Oct. 11, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of October 2012, the Cross–Petition for Allowance of Appeal is **GRANTED.** The issues for argument, rephrased for clarity, are:

(1) Does the Superior Court's holding, which permits a plaintiff who fails to produce sufficient evidence of regularity, frequency and proximity of exposure to a defendant's specific asbestos containing product to defeat summary

judgment by submitting generic, non-case-specific expert affidavits, conflict with this Court's holding in *Gregg v. V–J Auto Parts*, 596 Pa. 274, 943 A.2d 216 (2007)?

(2) Does the Superior Court's holding that a plaintiff need not produce evidence that a defendant's asbestos-containing product produced dust conflict with this Court's holding in *Gregg v. V–J Auto Parts*, 596 Pa. 274, 943 A.2d 216 (2007)?